NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRASSOCIATES, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**SPECTRUM HEALTHCARE RESOURCES, INC.,**
*Defendant-Appellee.*

---

2012-5037

---

Appeal from the United States Court of Federal Claims in No. 11-CV-570, Judge Francis M. Allegra.

---

**JUDGMENT**

---

KENNETH B. WECKSTEIN, Brown Rudnick, LLP, of Washington, DC, argued for plaintiff-appellant.

PATRICIA M. MCCARTHY, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. On the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, FRANKLIN E. WHITE, JR. Assistant Director, and MICHAEL P. GOODMAN, Trial Attorney.

JAMES G. PEYSTER, Crowell & Moring, LLP, of Washington, DC, argued for defendant-appellee Spectrum Healthcare Resources, Inc. With him on the brief was AMY LADERBERG O'SULLIVAN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 14, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |